UNCLAIMED FUNDS

February 24, 2010

NOTE: ADDRESS FOR CREDITOR IS ON BOTTOM OF CHECK

**#60531**

FILED
2010 FEB 25 PM 2: 53
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

(04-62276) MICHAEL GAMBONE & KATHY GAMBONE
DEBTOR DID NOT CASH CHECK
CHECK #413851 FOR $10.00
1215 HOMEDALE N W
CANTON, OH 44708

06-60320 DORIS DAVIS
CREDITOR DID NOT CASH CHECK
CHECK #413852 FOR $11.96
ADVANCE AMERICA
313 LEXINGTON-SPRINGMILL ROAD
MANSFIELD, OH 44906

04-66386 MICHAEL & PENNY THOMPSON
CREDITOR DID NOT CASH CHECK
CHECK #413853 FOR $32.59
AMERICAN TAX FUNDING
C/O JOHN N. ZOMOIDA
100 FEDERAL PLAZA EAST
YOUNGSTOWN, OH 44503-1893

04-66386 MICHAEL & PENNY THOMPSON
CREDITOR DID NOT CASH CHECK
CHECK #413854 FOR $21.93
AMERICAN TAX FUNDING
C/O JOHN N. ZOMOIDA
100 FEDERAL PLAZA EAST
YOUNGSTOWN, OH 44703-1893

04-66386 MICHAEL & PENNY THOMPSON
CREDITOR DID NOT CASH CHECK
CHECK #413855 FOR $19.85
AMERICAN TAX FUNDING
C/O JOHN N. ZOMOIDA
100 FEDERAL PLAZA EAST
YOUNGSTOWN, OH 44703-1893